No. 409, Misc.   LITTERIO *v.* UNITED STATES, *ante,* p. 940;

No. 503, Misc.   DUNN *v.* UNITED STATES, *ante,* p. 942;

No. 541, Misc.   RITCHIE *v.* ILLINOIS, *ante,* p. 944; and

No. 560, Misc.   WILLIAMS *v.* MULCAHEY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 946.   Petitions for rehearing denied.

JUNE 2, 1958.

No. 465.   ERIE RAILROAD CO. ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL.; and

No. 466.   NEW YORK CENTRAL RAILROAD CO. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL., 355 U. S. 175.   The motion to recall and clarify the judgment is denied. *Samuel H. Moerman, Sidney Goldstein, Francis A. Mulhern, Arthur L. Winn, Jr.* and *J. Stanley Payne* for the Erie Railroad Co. et al., and *Richard J. Murphy* and *Robert D. Brooks* for the New York Central Railroad Co., appellants. *Edwin H. Burgess, Anthony P. Donadio, Norman C. Melvin, Jr., Francis D. Murnaghan, Jr., William C. Purnell* and *Jervis Langdon, Jr.* for the Baltimore & Ohio Railroad Co. et al., *William L. Marbury* and *Donald Macleay* for the Maryland Port Authority, *Harry C. Ames* and *Charles McD. Gillan* for the Baltimore Association of Commerce, and *Thomas N. Biddison* for the Mayor and City Council of Baltimore, appellees. Reported below: 151 F. Supp. 258.

No. 644, Misc.   ROBINSON *v.* UNITED STATES.   Motion for leave to file petition for writ of certiorari denied.

No. 738, Misc.   BINDER *v.* FREEMAN, U. S. DISTRICT JUDGE, ET AL.   Motion for leave to file petition for writ of mandamus denied.